UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-1
FEBRUARY 5, 2019 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:19-00043

8 U.S.C. § 1326(a)

SAMUEL HERNANDEZ-HERNANDEZ,
    also known as "Samuel Avelino-Hernandez"

### I N D I C T M E N T
(Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about August 12, 2015, defendant SAMUEL HERNANDEZ-HERNANDEZ, also known as "Samuel Avelino-Hernandez", (hereinafter "SAMUEL HERNANDEZ-HERNANDEZ") an alien, was found at or near Charleston, West Virginia, and was subsequently removed from the United States to Mexico on or about September 23, 2015.

2. On or about November 16, 2016, defendant SAMUEL HERNANDEZ-HERNANDEZ, an alien, was found at or near Naco, Arizona, and was subsequently removed from the United States to Mexico on or about November 18, 2016.

3. On or about January 22, 2019, at or near Beaver, Raleigh County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant SAMUEL HERNANDEZ-HERNANDEZ, an alien, was subsequently found in the United States after having

been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

MICHAEL B. STUART
United States Attorney

By: *Erik S Goes*
ERIK S. GOES
Assistant United States Attorney